**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SAMUEL JEROME LEWIS,**
    **Plaintiff,**

**vs.**                                      **Case No.:  3:25cv2546/MCR/ZCB**

**GEO CORPORATION, et al.,**
    **Defendants.**
_____/

## <u>ORDER</u>

The magistrate judge issued a Report and Recommendation on December 22, 2025.  (Doc. 5).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

1

2.      This case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3.      All pending motions are **DENIED as moot.**

4.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 14th day of July 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

2